IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VERNON TRAMMELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv867-MHT |
| | ) | (WO) |
| MS. COPELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner incarcerated at the Stanton Correctional Facility in Elmore, Alabama, filed this lawsuit contending that defendants provide insufficient dental care in violation of the Eighth Amendment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation; the recommendation was returned to the clerk's office by the post office with a notation on it that plaintiff had been paroled and left no forwarding address. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted to the extent that the case should be dismissed without prejudice; however, the case will be dismissed because the plaintiff has abandoned it.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2017.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**