# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VERNON TRAMMELL            )
                           )
      Plaintiff,           )
                           )     CIVIL ACTION NO.
      v.                   )     2:14cv867-MHT
                           )        (WO)
MS. COPELAND, et al.,      )
                           )
      Defendants.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted to the extent it recommends that plaintiff's case be dismissed without prejudice.

(2) This lawsuit is dismissed without prejudice because plaintiff has abandoned it.

(3) Defendants' motion to dismiss (doc. no. 15) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE